No. 00–6009. ROBINSON v. APFEL, COMMISSIONER OF SOCIAL SECURITY. C. A. 5th Cir. Certiorari denied. ▆▆▆▆▆▆

No. 00–6011. BROWN v. TERHUNE, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 9th Cir. Certiorari denied. ▆▆▆▆▆▆

No. 00–6013. TOWNSEND v. CRIST, WARDEN, ET AL. C. A. 8th Cir. Certiorari denied.

No. 00–6017. MAYS v. HICKMAN, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied. ▆▆▆▆▆▆

No. 00–6047. BUTLER v. CRAWFORD, WARDEN. Sup. Ct. Nev. Certiorari denied.

No. 00–6054. JACKSON v. WYOMING. Sup. Ct. Wyo. Certiorari denied.

No. 00–6056. HAGER v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 00–6065. GONZALEZ v. AYERS, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 00–6067. HALBLEIB v. WYOMING. Sup. Ct. Wyo. Certiorari denied. ▆▆▆▆▆▆

No. 00–6069. HAMMOND v. LUCAS COUNTY CHILDREN SERVICES BOARD. Sup. Ct. Ohio. Certiorari denied. ▆▆▆▆▆▆

No. 00–6074. WARREN v. GARVIN, SUPERINTENDENT, MID-ORANGE CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied. ▆▆▆▆▆▆

No. 00–6085. BARNES v. UNITED STATES. C. A. 2d Cir. Certiorari denied. ▆▆▆▆▆▆

No. 00–6092. SULT v. TERHUNE, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS. C. A. 9th Cir. Certiorari denied.

No. 00–6095. SCHOENBOHM v. FEDERAL COMMUNICATIONS COMMISSION. C. A. D. C. Cir. Certiorari denied. ▆▆▆▆▆▆